UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MARIA ROMERO,

                Plaintiff,

     -against-                                **ORDER**

                                                17-CV-2947 (ARR)

E-Z RECYCLING SERVICES INC., et al.,

                Defendants.
----------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

       The parties' request for *Cheeks* approval states that their "settlement agreement contains a wage [and] hour release only" and "does not contain a confidentiality clause." See Motion For Approval (May 2, 2018) at 2, Electronic Court File Docket Entry ("DE") #28. However, the attached agreement is titled "Confidential Settlement Agreement and General Release" and is referenced as such in the opening paragraph of that document. See Settlement Agreement (May 2, 2018) at 1, DE #28-1. And the "Release of Claims" contained in paragraph 4 of that agreement is in fact a broad one, covering not only wage-and-hour claims but claims arising under, *inter alia*, Title VII, ERISA, two Civil Rights Acts, the ADA, as well as under state statutes and common law and local laws, rules and regulations. See id. at 3-4.

       The parties are directed to revise their Settlement Agreement to conform to the description in their May 2nd letter and to file the revised agreement, along with a cover letter

docketed into ECF as a motion event, by May 8, 2018. The telephonic hearing scheduled for May 7, 2018 is adjourned to May 9, 2018 at 11:00 a.m.

      **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
           **May 4, 2018**

                    /s/ *Roanne L. Mann*
                    **ROANNE L. MANN**
                    **CHIEF UNITED STATES MAGISTRATE JUDGE**