ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: May 9, 2018
START: 10:00 Am
END: 11:15 Am

DOCKET NO:   17-cv-02947-ARR

CASE:   Romero v. E-Z Recycling Services Inc. et al

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☒ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Phillip Kim |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Ricardo Morel |
|  |  |
|  |  |

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic Cheeks hearing. Although the proposed settlement is for a more modest amount than the Court had recommended, plaintiff's counsel explains that there were serious collectibility issues, as defendants' business is closing down. Under the circumstances, the Court finds the settlement to be fair and reasonable and reached after arms-length negotiations. The revised motion for settlement (DE #30) is approved. The stipulation of discontinuance is due by June 8, 2018.